IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCES COLLINS, | ) | 1:09cv1223 JLT |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING STIPULATION |
| | ) | FOR REMAND |
| Plaintiff, | ) | |
| | ) | (Document 11) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 28, 2009, the parties submitted a stipulation that the action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

The stipulation to remand is GRANTED and the action is REMANDED to the Commissioner. The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Frances Collins and against Defendant Michael J. Astrue, Commissioner of Social Security.

On remand, the Appeals Counsel shall instruct the Administrative Law Judge ("ALJ") to take the following action:

The ALJ will be directed to offer Plaintiff a new hearing and the opportunity to present new

1

evidence.  The ALJ will update the medical record with existing evidence from treating sources, and will order a further psychological consultative examination.  The ALJ will reevaluate Plaintiff's residual functional capacity and will provide a proper and specific mental residual functional capacity finding rather than restating the ALJ's paragraph B and C conclusions from steps two and three.  Finally, the ALJ will obtain supplemental vocational expert testimony regarding the effects of Plaintiff's limitations on the occupational base.  No specific aspect of the ALJ's prior decision is affirmed.

    IT IS SO ORDERED.

**Dated:   December 29, 2009**                      <u>   /s/ Dennis L. Beck   </u>
                                                               UNITED STATES MAGISTRATE JUDGE