LAURA KRANK
ATTORNEY AT LAW: 220208
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX:  562/432-2935
Email:  lekrank@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES COLLINS,<br><br>             Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:09-cv-1223 JLT<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between Plaintiff FRANCES COLLINS ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, LAURA KRANK, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00).  This amount represents compensation for all legal services rendered

1  by LAURA KRANK on behalf of Plaintiff in connection with this civil action, in
2  accordance with 28 U.S.C. § 2412(d).
3      This stipulation constitutes a compromise settlement of Plaintiff's request for
4  EAJA attorney fees, costs, and expenses, and does not constitute an admission of
5  liability on the part of Defendant under the EAJA.  Nor do Plaintiff, LAURA
6  KRANK, or Defendant resolve, settle, or compromise the question of whether
7  LAURA KRANK may be, is, or should be the direct payee of an award of fees,
8  costs, and expenses under the EAJA in the absence of an express or implied
9  assignment of such an award or whether any such award is free from or subject to
10 debts of Plaintiff, if any, under the Debt Recovery Act.
11     Payment of ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00) in
12 EAJA attorney fees, costs, and expenses to LAURA KRANK shall constitute a
13 complete release from and bar to any and all claims Plaintiff may have relating to
14 EAJA fees in connection.  Any payment shall be made payable to Plaintiff's
15 counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: 2/16/10                Respectfully submitted,

Rohlfing & Kalagian

BY: <u>/s/ *Laura Krank*</u>
Laura Krank
Attorney for plaintiff
Frances Collins

DATE: 2/16/10                BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Chief, Civil Division


BY: <u>*/s/-Daniel Talbert*</u>
Daniel Talbert
Special Assistant United States Attorney
Attorneys for defendant Michael J. Astrue
Commissioner of Social Security
[*By email authorization on February 11, 2010]

IT IS ORDERED

Dated: February 17, 2010

_____/s/ Jennifer L. Thurston_____
UNITED STATES MAGISTRATE JUDGE